■ In the Matter of ANTHONY C., Appellant, v KRISTINE Z., Respondent. (Appeal No. 2.) [801 NYS2d 195]—Appeal from an order of the Family Court, Monroe County (Anthony J. Sciolino, J.), entered January 16, 2004 in a proceeding pursuant to Family Court Act article 8. The order dismissed the petition to modify the visitation provisions of an order entered September 30, 2003.

■ In the Matter of ANTHONY C., Appellant, v KRISTINE Z., Respondent. (Appeal No. 4.) [801 NYS2d 194]—Appeal from an order of the Family Court, Monroe County (Glenn R. Morton, J.H.O.), entered August 26, 2004. The order dismissed the petition to modify a temporary order of protection.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Matter of Kristine Z. v Anthony C.*

(21 AD3d 1319 [2005]). Present—Scudder, J.P., Martoche, Smith, Pine and Hayes, JJ.